# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                                          Case No.: 1:22−cr−00024

Kambiz Attar Kashani                          Honorable Sheila M. Finnegan

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 14, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan as to Kambiz Attar Kashani:The matter is set for an Initial Appearance and Removal before Magistrate Judge Finnegan on 1/14/2022 at 11:30 a.m. (via telephone conference) in Courtroom #1743. Members of the public and media will be able to call in to listen to this hearing. The call−in number is dial (877) 336−1831, Access code is 5995354, Press #. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.